IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRK DOUGLAS WILLIAMS, | ) | No. C 12-4707 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| K. TILLEY, | ) | (Dkt. 44, 45, 46) |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil procedure, this case is DISMISSED without prejudice. All pending motions (dkt. 44, 45, 46) are terminated as moot.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: July 31, 2013

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

        Plaintiff,

  v.

TILLEY et al,

        Defendant.

Case Number: CV12-04707 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kirk Douglas Williams F-44523
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: August 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk